IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA RUEDA, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br>     PLAINTIFFS <br><br> v. <br><br> TECON SERVICES, INC. <br>     DEFENDANT | § § § § § § § § § § | CIVIL ACTION NO. _____ <br><br><br> COLLECTIVE ACTION <br> (JURY DEMANDED) |

# NOTICE OF CONSENT

**IN SPANISH:** Yo, suscrito, una corriente o exempleada de lo anterior nombrado empresario(s) quedo con sentimento a participar como parte demandante en una accion judicial y collectiva bajo Trabajo Justo Actos Estandar (FLSA) buscando cualquier y todo pago de horas extra, salario minimo y todos danos y cantidades que se me deban bajo FLSA. Por unirme a esta accion collectiva, estoy de acuerdo en ser una representante de la clase. Debo elegir ser representada por los bufetes de abogados Wills Law Firm y cualquier otros abogados con quien se associarcen en esta demanda. Estoy de acuerdo en obligarme por el resultado de este prodecimiento. He sa do mi consentimiento para actuar como demandante parte en esta accion judicial y collectiva.

**IN ENGLISH:** I, the undersigned, a current or former employee of the above named employer(s) hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all overtime pay, minimum wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by WILLS LAW FIRM and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to be a party plaintiff in this collective action.

_MA. Jesus Rueda_
Print Full Name/Escribe su nombre

_MARIA Rueda_
Signature/Firma

_12/17/2010_
Date/Fecha

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA RUEDA, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, § § § § | | |
| PLAINTIFFS § | CIVIL ACTION NO. _____ | |
| § | | |
| v. § | | |
| § | | |
| TECON SERVICES, INC. § | COLLECTIVE ACTION | |
| DEFENDANT § | (JURY DEMANDED) | |

## NOTICE OF CONSENT

**IN SPANISH:** Yo, suscrito, una corriente o exempleada de lo anterior nombrado empresario(s) quedo con sentimento a participar como parte demandante en una accion judicial y collectiva bajo Trabajo Justo Actos Estandar (FLSA) buscando cualquier y todo pago de horas extra, salario minimo y todos danos y cantidades que se me deban bajo FLSA. Por unirme a esta accion collectiva, estoy de acuerdo en ser una representante de la clase. Debo elegir ser representada por los bufetes de abogados Wills Law Firm y cualquier otros abogados con quien se associarcen en esta demanda. Estoy de acuerdo en obligarme por el resultado de este prodecimiento. He sa do mi consentimiento para actuar como demandante parte en esta accion judicial y collectiva.

**IN ENGLISH:** I, the undersigned, a current or former employee of the above named employer(s) hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all overtime pay, minimum wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by WILLS LAW FIRM and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to be a party plaintiff in this collective action.

Marco Hernandez
Print Full Name/Escribe su nombre

*Marco Hernandez*
Signature/Firma

12-9-10
Date/Fecha

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA RUEDA, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, §§§§ | | |
| PLAINTIFFS § | CIVIL ACTION NO. _____ | |
| §§§§ | | |
| v. | | |
| TECON SERVICES, INC. § | COLLECTIVE ACTION | |
| DEFENDANT § | (JURY DEMANDED) | |

## NOTICE OF CONSENT

**IN SPANISH:** Yo, suscrito, una corriente o exempleada de lo anterior nombrado empresario(s) quedo con sentimiento a participar como parte demandante en una accion judicial y collectiva bajo Trabajo Justo Actos Estandar (FLSA) buscando cualquier y todo pago de horas extra, salario minimo y todos danos y cantidades que se me deban bajo FLSA. Por unirme a esta accion collectiva, estoy de acuerdo en ser una representante de la clase. Debo elegir ser representada por los bufetes de abogados Wills Law Firm y cualquier otros abogados con quien se associarcen en esta demanda. Estoy de acuerdo en obligarme por el resultado de este prodecimiento. He sa do mi consentimiento para actuar como demandante parte en esta accion judicial y collectiva.

**IN ENGLISH:** I, the undersigned, a current or former employee of the above named employer(s) hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all overtime pay, minimum wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by WILLS LAW FIRM and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to be a party plaintiff in this collective action.

_Vicente De La Sancha_
Print Full Name/Escribe su nombre

_Vicente de la Sancha_
Signature/Firma

_12-9-2010_
Date/Fecha

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA RUEDA, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFFS<br><br>v.<br><br>TECON SERVICES, INC.<br>DEFENDANT | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. _____<br><br><br>COLLECTIVE ACTION<br>(JURY DEMANDED) |

## NOTICE OF CONSENT

**IN SPANISH:** Yo, suscrito, una corriente o exempleada de lo anterior nombrado empresario(s) quedo con sentimento a participar como parte demandante en una accion judicial y collectiva bajo Trabajo Justo Actos Estandar (FLSA) buscando cualquier y todo pago de horas extra, salario minimo y todos danos y cantidades que se me deban bajo FLSA. Por unirme a esta accion collectiva, estoy de acuerdo en ser una representante de la clase. Debo elegir ser representada por los bufetes de abogados Wills Law Firm y cualquier otros abogados con quien se associarcen en esta demanda. Estoy de acuerdo en obligarme por el resultado de este prodecimiento. He sa do mi consentimiento para actuar como demandante parte en esta accion judicial y collectiva.

**IN ENGLISH:** I, the undersigned, a current or former employee of the above named employer(s) hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all overtime pay, minimum wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by WILLS LAW FIRM and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to be a party plaintiff in this collective action.

_Jahaziel Chavez_
Print Full Name/Escribe su nombre

_[signature]_
Signature/Firma

12-08-10
Date/Fecha

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA RUEDA, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>    PLAINTIFFS<br><br>v.<br><br>TECON SERVICES, INC.<br>    DEFENDANT | § § § § § § § § § § | CIVIL ACTION NO. _____<br><br><br><br><br>COLLECTIVE ACTION<br>(JURY DEMANDED) |

## NOTICE OF CONSENT

**IN SPANISH:** Yo, suscrito, una corriente o exempleada de lo anterior nombrado empresario(s) quedo con sentimento a participar como parte demandante en una accion judicial y collectiva bajo Trabajo Justo Actos Estandar (FLSA) buscando cualquier y todo pago de horas extra, salario minimo y todos danos y cantidades que se me deban bajo FLSA. Por unirme a esta accion collectiva, estoy de acuerdo en ser una representante de la clase. Debo elegir ser representada por los bufetes de abogados Wills Law Firm y cualquier otros abogados con quien se associarcen en esta demanda. Estoy de acuerdo en obligarme por el resultado de este prodecimiento. He sa do mi consentimiento para actuar como demandante parte en esta accion judicial y collectiva.

**IN ENGLISH:** I, the undersigned, a current or former employee of the above named employer(s) hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all overtime pay, minimum wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by WILLS LAW FIRM and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to be a party plaintiff in this collective action.

Noe De La Sancha Martinez
Print Full Name/Escribe su nombre

_____
Signature/Firma

12/08/10
Date/Fecha