IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARIA RUEDA, ET AL,

    PLAINTIFFS

VS.                              CIVIL ACTION NO. 4:10-CV-04937

TECON SERVICES, INC.,

    DEFENDANT

CONDITIONAL RESPONSE TO PLAINTIFFS' "OPPOSED MOTION FOR NOTICE AND CONDITIONAL CERTIFICATION OF THE OUTSIDE GARRETT YARD SUB-CLASS"

On April 22, 2011, the plaintiffs filed an "Opposed Motion for Notice and Conditional Certification of the Outside Garrett Yard Sub-Class". Under the Docket Control Order, Defendant was to file a response by May 20, 2011. On May 11, the defendant moved the Court to extend the May 20 deadline to file such a response because defendant would be unable to depose the four individuals whose sworn declarations were attached in support of plaintiffs' motion. On May 31, the defendant filed a supplemental response. The essence of the defendant's response is that the defendant should not be required to respond to the plaintiffs'

opposed certification motion until the defendant has had the opportunity to take the depositions of the individuals whose sworn declarations plaintiffs offered in support of their motion.

The Court has not yet ruled on the defendant's motion. But whether or not the Court allows defendant to take the requested depositions before deciding certification, the defendant offers the attached affidavit of Phil Pickens as part of its opposition to certification of the Outside Garrett Yard Subclass. Mr. Pickens' affidavit makes it quite clear that all employees who worked at locations other than the Garrett Yard were paid in full for any overtime. There are no potential opt-in plaintiffs outside of Garrett Yard and thus no need for certification.

Respectfully submitted,

/s/_____

Frank V. Ghiselli
Attorney In Charge
TBA No. 07838000
SDT No. 1518
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: 832 209 4225
Facsimile: 713 623 6300

/s/_____
Bertrand C. Moser
TBA No. 14572000
SDT No. 1569
2415 Robinhood
Houston, Texas 77005
Telephone: 713 807 7455
Facsimile: 713 807 0051

Attorneys for Tecon, Services, Inc.

## CERTIFICATE OF CONFERENCE AND SERVICE

I have discussed the contents of this motion with opposing counsel John Padilla and can state that it is not an agreed motion. I further certify that I forwarded a copy of the above pleading electronically to Rhonda H. Wills on June 13, 2011.

/s/_____

Bertrand C. Moser