IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA RUEDA, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § | |
| PLAINTIFFS | § | CIVIL ACTION NO. 4:10-CV-04937 |
| | § | |
| V. | § | |
| | § | |
| TECON SERVICES, INC. | § | COLLECTIVE ACTION |
| DEFENDANT | § | (JURY DEMANDED) |

## ORDER OF DISMISSAL AND ORDER APPROVING SETTLEMENT

Pending before the Court is the parties' joint request for settlement approval and dismissal of this matter. For due cause, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approve the parties settlement agreement and holds that the settlement agreement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over claims brought under the Fair Labor Standards Act; and

2. The above case is hereby dismissed and each party shall bear their own costs. Any pending motions are denied as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

Signed this ____ day of _____, 2012.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE