IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA RUEDA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-4937 |
| | § | |
| TECON SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL AND ORDER APPROVING SETTLEMENT**

The parties filed a joint request for settlement approval and dismissal of this suit under the Fair Labor Standards Act. Based on the record, including the hearing held on May 29, 2012, this court approves the parties settlement agreement. The court finds and concludes that the agreement is a fair and reasonable settlement of a bona fide dispute over claims brought under the Fair Labor Standards Act. The attorneys' fees are reasonable.

This case is hereby dismissed. Each party will bear their own costs. Any pending motions are denied as moot. This court retains jurisdiction to enforce the parties' settlement agreement.

SIGNED on May 30, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge