# SETTLEMENT AGREEMENT

WHEREAS, the following persons have filed a claim in the lawsuit styled *Rueda, et al. v. Tecon Service, Inc.*, C.A. No. 4:10-cv-04937, in the Southern District of Texas, Houston Division, asserting claims for violations of the Fair Labor Standards Act ("FLSA"):

Named Plaintiffs: Concepcion Cardenas-Castro a/k/a J. Concepcion Cardenas, Concepcion Cardenas-Magana a/k/a J. Concepcion Cardenas, Jahazel Chavez, Noe De La Sancha, Vicente De La Sancha, Manuel Heredia Escuada, Alvaro A. Garcia a/k/a Alvaro Lascano Escovar, Ididerio Garcia, Marco Hernandez, Dadislao Ortega a/k/a Juan Ortega, Agustin Rueda, Maria Rueda, Florencio Sanchez, Joel A. Bueso Ulloa, Marcelino Palacios Zabala a/k/a Marcelino P. Zavala ("Named Plaintiffs")

Opt-in Plaintiffs: Areli Bautista, Rene Noel Canas, Armando Delos Santos, Hector Diaz, Obed Morales Diaz, Rigoberto Arrez Espino, Damian Cecerril Gonzalez, Irvin Magana, Jose Arguelles ("Opt-In Plaintiffs")

WHEREAS, the parties to the Lawsuit, seek to settle the Lawsuit and all issues raised in the Lawsuit.

Further, Named Plaintiff Agustin Rueda brought an additional lawsuit styled *Agustin Rueda v. Tecon Services, Inc.*, Cause No. 2011-51899, In the District 281st Judicial District Court of Harris County, Texas ("Rueda State Law Case"). In consideration for the settlement being paid herein, Agustin Rueda agrees to settle and non-suit with prejudice all claims asserted in the Rueda State Law Case.

THEREFORE, in complete settlement of all claims that have been asserted in the Lawsuit and the Rueda State Law Case, Defendant Tecon Services, Inc. agrees to pay a total sum of ▮▮▮▮▮▮, including all attorneys' fees and costs, within 14 days of the Court approving the settlement to be allocated to Named Plaintiffs and Opt-in Plaintiffs as described above based on the individual amounts set forth in Exhibit 1, attached hereto and incorporated herein.

Further, the parties agree that this Settlement Agreement, including Exhibit 1, will be filed under seal with the Court's permission. A copy of the Settlement Agreement, including Exhibit 1, with all dollar amounts redacted will be filed as a matter of public record in the Lawsuit, with the Court's permission.

AGREED:

_Phillip C. Pickens_
Tecon Services, Inc.
By: _[signature]_
Title: _President & CEO_

AGREED:

Named Plaintiffs:

_[signature]_
**Concepcion Cardenas-Castro**
**a/k/a J. Concepcion Cardenas**

_[signature]_

Concepcion Cardenas-Magana
a/k/a J. Concepcion Cardenas

*Jahaziel Chavez*
Jahazel Chavez

*Noe De La Sancha*
Noe De La Sancha

*Vicente de la Sancha*
Vicente De La Sancha

*Manuel H.E.*
Manuel Heredia Escuada

*Alvaro Abisimo*
Alvaro A. Garcia
a/k/a Alvaro Lascano Escovar

*Isidro Garcia*
Isiderio Garcia

*Marco Hernandez*
Marco Hernandez

*Dadislao Ortega*
Dadislao Ortega a/k/a Juan Ortega

*[signature]*
Agustin Rueda

_____
Maria Rueda

*Florencio Torres-Sanchez*
Florencio Sanchez

*Joel Bues*
Joel A. Bueso Ulloa

*Marcelino Palacios*
Marcelino Palacios Zabala
a/k/a Marcelino P. Zavala

Opt-In Plaintiffs:

*[signature]*
Areli Bautista

_____
Concepcion Cardenas-Magana
a/k/a J. Concepcion Cardenas

_____
Jahazel Chavez

_____
Noe De La Sancha

_____
Vicente De La Sancha

_____
Manuel Heredia Escuada

_____
Alvaro A. Garcia
a/k/a Alvaro Lascano Escovar

_____
Isiderio Garcia

_____
Marco Hernandez

_____
Dadislao Ortega a/k/a Juan Ortega

_____
Agustin Rueda

*MARIA Rueda*
_____
Maria Rueda

_____
Florencio Sanchez

_____
Joel A. Bueso Ulloa

_____
Marcelino Palacios Zabala
a/k/a Marcelino P. Zavala

- Opt-In Plaintiffs:

_____
Areli Bautista

Rene Noel Canas

Armando Delos Santos

Hector Diaz

Obed Morales Diaz

Rigoberto Arrez Espino

Damian Becerril Gonzalez

Irvin Magana

Jose Arguelles

Donanciano Sanchez